**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON EVERETT PELLUM, SR., | 1:12 cv 2002 AWI-BAM |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE NO LATER THAN **January 14, 2013** |
| WESTCARE INC., | |
| Defendant. _____/ | |

On December 5, 2012, Plaintiff, proceeding pro se, filed a complaint in this civil action. (Doc. 1). Plaintiff has not submitted a completed in forma pauperis application form pursuant to 28 U.S.C. § 1915, nor has he paid the $350.00 filing fee. Accordingly, IT IS HEREBY ORDERED that:

**No later than January 14, 2013**, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action

**Failure to comply with this order will result in this action be dismissed.**

IT IS SO ORDERED.

Dated:   **December 13, 2012**       _____/s/ **Barbara A. McAuliffe**_____
                                                 UNITED STATES MAGISTRATE JUDGE

-1-